F. Christopher Austin, Esq.
Nevada Bar No. 6559
caustin@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MORISKY, an individual, <br><br> Plaintiff, <br> v. <br><br> MMAS RESEARCH, LLC, a Washington limited liability company; STEVEN TRUBOW, an individual; MMAS RESEARCH ITALY S.R.L, an Italian company; and MMAS RESEARCH FRANCE, SAS, a French company, <br><br> Defendants. | Case No.: 2:20-cv-00964-APG-VCF <br><br> **MOTION TO VACATE ALL DEADLINES** |

Plaintiff Donald E. Morisky and Defendants MMAS Research, LLC, Steven Trubow, MMAS Research Italy S.R.L., and MMAS Research France, SAS (collectively "the Parties") respectfully notify the Court that they have agreed in principle to settle all matters in controversy between them. The parties are working to finalize settlement documents detailing the parties' agreement to settle the litigation.

The parties respectfully request that the Court vacate all deadlines, including the deadline to file Proof of Service on August 26, 2020, to allow time for the parties to finalize the settlement agreement and file a Notice of Dismissal.

/ /

/ /

/ /

/ /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1173

1

1   Plaintiff shall provide the Court with a status of settlement and filing dismissal by no later than September 25, 2020.

3   DATED: August 27, 2020.

WEIDE & MILLER, LTD.

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NV Bar No. 6559)
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED

Dated this  2nd  day of   September, 2020   .

_____
DISTRICT COURT JUDGE

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1173

2