# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>    Plaintiff<br><br>v.<br><br>MMAS RESEARCH, LLC, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00964-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On September 2, 2020, the parties advised the court they had reached a settlement and would file a stipulation of dismissal or status report by September 25, 2020. ECF No. 8. The parties have not done so.

I THEREFORE ORDER that by October 23, 2020, the parties shall file a stipulation of dismissal or status report. The failure to do so will result in dismissal of this case.

DATED this 2nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE