F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MORISKY, an individual, | Case No.: 2:20-cv-00964-APG-VCF |
| Plaintiff, | |
| v. | **STATUS REPORT** |
| MMAS RESEARCH, LLC, a Washington limited liability company; STEVEN TRUBOW, an individual; MMAS RESEARCH ITALY S.R.L, an Italian company; and MMAS RESEARCH FRANCE, SAS, a French company, | |
| Defendants. | |

      Plaintiff Donald E. Morisky and Defendants MMAS Research, LLC, Steven Trubow, MMAS Research Italy S.R.L., and MMAS Research France, SAS (collectively "the Parties") respectfully notify the Court that they have agreed in principle to settle all matters in controversy between them. The parties are working in good faith to finalize commercially complex settlement documents detailing the parties' agreement to settle the litigation.

      The parties respectfully request that the Court extend the deadline an additional 30 days from <u>October 23, 2020</u> to <u>November 23, 2020</u> to allow time for the parties to finalize the settlement agreement and file a Notice of Dismissal.

      DATED: October 19, 2020.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1200

1

**WEIDE & MILLER, LTD.**

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NV Bar No. 6559)
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED

Dated this 20th day of October, 20 20.

_____
DISTRICT COURT JUDGE