**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MORISKY,<br><br>　　Plaintiff<br><br>v.<br><br>MMAS RESEARCH, LLC, et al.,<br><br>　　Defendants | Case No.: 2:20-cv-00964-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

The parties advised the court they would file a stipulation of dismissal by November 23, 2020. ECF No. 11. Nothing has been filed.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a status report by December 18, 2020. The failure to do so may result in dismissal of this case without further notice.

DATED this 8th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE